FILED

APR 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID SCOTT DETRICH, Petitioner-Appellant, v. CHARLES L. RYAN, Director of Arizona Department of Corrections, Respondent-Appellee. | No. 08-99001 D.C. No. 4:03-cv-00229-DCB District of Arizona, Tucson ORDER |

Before: PREGERSON, REINHARDT, KOZINSKI, GRABER, W. FLETCHER, GOULD, BEA, MURGUIA, CHRISTEN, NGUYEN and WATFORD, Circuit Judges.

The court in 2013 remanded some claims to the district court for reconsideration in light of *Martinez v. Ryan*, 566 U.S. 1 (2012). *See Detrich v. Ryan*, 740 F.3d 1237 (9th Cir. 2013) (en banc). The remand to the district court was a limited remand only, for this Court neither decided, nor remanded, all the claims before it. *See id.* at 1259 ("We do not reach Detrich's non-defaulted sentencing-phase IAC claims. . . . We will reach the non-defaulted claims, if appropriate, after the district court has decided Detrich's *Martinez* motion and any trial-counsel IAC claims for which Detrich's state-court procedural default is excused."). The Clerk's Office therefore erred in 2014 when it issued the mandate.

Accordingly, we recall the mandate as issued due to clerical error. *See Calderon v. Thompson*, 523 U.S. 538, 557 (1998).

Appellant, on March 3, 2017, filed an Unopposed Motion to Expand the Remand so that the district court on remand may also address the impact of *McKinney v. Ryan*, 813 F.3d 798 (9th Cir. 2015) (en banc), *cert. denied*, 137 S. Ct. 39 (2016). The motion (Docket Entry No. 176), construed as a motion to expand the *limited* remand, is granted.

The case will remain administratively closed pending further order of the court. Within 10 days after the district court issues a final order resolving the issues on limited remand, the parties shall file simultaneous status reports or move for other appropriate relief. This en banc court, pending further order, will preside over all further proceedings in this court.