**FILED**

**OCT 13 2022**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID SCOTT DETRICH, | No. 08-99001 |
| Petitioner-Appellant, | D.C. No. 4:03-cv-00229-DCB<br>District of Arizona,<br>Tucson |
| v. | |
| DAVID SHINN, Director of Arizona Department of Corrections, | ORDER |
| Respondent-Appellee. | |

    The limited remand is complete and appellant has filed an amended notice of appeal. The Clerk will reopen the docket.

    Appellant's request for leave to file a replacement opening brief (Docket Entry 179) is granted. Accordingly, the court strikes the briefs submitted at Docket Entry Nos. 22 (attached at Docket Entry No. 140), 36, and 45, and the excerpts of record submitted at Docket Entry No. 22. The court also strikes the supplemental briefs submitted at Docket Entry Nos. 55 and 61, and the supplemental excerpts of record submitted at Docket Entry Nos. 40, 46, 57, and 62.

    The replacement opening brief, not to exceed 28,000 words, and excerpts of record are due January 11, 2023; the replacement answering brief, not to exceed 28,000 words, is due March 13, 2023; and the replacement reply brief, not to

exceed 14,000 words, is due within 21 days after service of the answering brief.

No motions to exceed the word limit will be entertained.

                                            AT THE DIRECTION OF THE COURT:
                                            MOLLY C. DWYER
                                            CLERK OF COURT