FILED

FEB 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID SCOTT DETRICH,<br><br>   Petitioner-Appellant,<br><br>v.<br><br>RYAN THORNELL, Director of Arizona Department of Corrections,<br><br>   Respondent-Appellee. | No. 08-99001<br><br>D.C. No. 4:03-cv-00229-DCB<br>District of Arizona,<br>Tucson<br><br>ORDER |

  In the Replacement Answering Brief (due March 19, 2024), in addition to responding to the claim certified for appeal, Appellee is directed also to address the uncertified issue raised in Appellant's Replacement Opening Brief. *See* Docket Entry No. 191 at 109-116. The Court defers decision on whether a certificate of appealability will be granted as to the uncertified issue.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT