| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 21 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DAVID SCOTT DETRICH,<br><br>        Petitioner-Appellant,<br><br> v.<br><br>RYAN THORNELL, Director of Arizona Department of Corrections,<br><br>        Respondent-Appellee. | No.   08-99001<br><br>D.C. No. 4:03-cv-00229-DCB<br>District of Arizona,<br>Tucson<br><br>ORDER |

Briefing is complete. This case will be calendared in due course.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT