|  | FILED |
|---|---|
| **UNITED STATES COURT OF APPEALS** | AUG 11 2025 |
| **FOR THE NINTH CIRCUIT** | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| DAVID SCOTT DETRICH, | No. 08-99001 |
|---|---|
| Petitioner-Appellant, | D.C. No. 4:03-cv-00229-DCB<br>District of Arizona,<br>Tucson |
| v. | |
| RYAN THORNELL, Director of Arizona Department of Corrections, | ORDER |
| Respondent-Appellee. | |

**MURGUIA**, Chief Judge:

En banc oral argument will take place during the week of January 12, 2026, in Pasadena, California. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (206) 224-2236.